NUMBER 13-03-072-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________



CHARLIE WILLIAMS A/K/A CHARLES 

WILLIAMS, ET AL. , Appellants,



v.




REED ELSEVIER, INC. D/B/A LEXIS NEXIS , Appellee.

___________________________________________________________________



On appeal from County Civil Court at Law No. 4 

of Harris County, Texas


___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam


 Appellants, CHARLIE WILLIAMS A/K/A CHARLES WILLIAMS, ET AL. , attempted to perfect an appeal from a
judgment entered by County Civil Court at Law No. 4 of Harris County, Texas, in cause number 721,654 . Judgment in
this cause was signed on September 30, 2002 . A timely motion for new trial was filed on October 22, 2002. Pursuant to
Tex. R. App. P. 26.1, appellants' notice of appeal was due on December 29, 2002 , but was not filed until January 3, 2003 . 

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellants were
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, appellants have failed to correct the defect.

 The Court, having examined and fully considered the documents on file, appellants' failure to timely perfect his appeal,
and appellants' failure to correct the defect, is of the opinion that the appeal should be dismissed for want of jurisdiction.
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Opinion delivered and filed this

the 6th day of March, 2003 .